# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

Henry W. Bethard, V
Bethard & Bethard
P. O. Box 1362
Coushatta LA 71019

Edwin Henry Byrd, III
Pettiette, Armand, Dunkelman
P. O. Drawer 1786
Shreveport LA 71166-1786

## REHEARING ACTION: July 9, 2014

**Docket Number: 13   00940-CA**

**TAMMY RENEA MARTIN HARRUFF, ET AL.**
**VERSUS**
**RICHARD B. KING, ET AL.**

**Appealed from Natchitoches Parish Case No. C-82954, Div. B**

**BEFORE JUDGES:**

    **Hon. Elizabeth A. Pickett**
    **Hon. James T. Genovese**
    **Hon. Phyllis M. Keaty**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Tammy Renea Martin Harruff, Amy Lynn Bilodeau, and Edgar**

**Cason** has this day been

    **DENIED.**

cc: William Alan Pesnell, Counsel for the Appellant
   Ronald E. Corkern, Jr., Counsel for the Appellant
   William Fabian Kendig  Jr., Counsel for the Appellant